CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Diego Mendoza**<br>DOB: 1993; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-05079MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 26, 2020, in the District of Arizona, Diego MENDOZA knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Rock River Arms 5.56mm caliber rifle, one 200-round ammunition magazine, and 883 ammunition links; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 26, 2020, Diego MENDOZA attempted to exit the United States into the Republic of Mexico at the Mariposa Port of Entry (POE) in Nogales, Arizona, via the pedestrian crossing. During a routine outbound inspection, a Customs and Border Protection Officer (CBPO) asked MENDOZA if he had any weapons and/or ammunition, and MENDOZA responded he did not. MENDOZA then became uncooperative with CBPOs and was detained. During a subsequent pat-down for weapons, CBPOs discovered 11 packages wrapped in cellophane and secured to MENDOZA's body with bandaging. Upon inspection, it was determined that the packages contained all the parts for a completed Rock River Arms 5.56mm caliber rifle, a bipod for a firearm, a 200-round ammunition drum magazine, an ammunition pouch, and 883 ammunition links.

The rifle, ammunition magazine, and ammunition links MENDOZA was attempting to transport into Mexico are classified as United States Commerce Control List items, which are prohibited for exportation into the Republic of Mexico without an export license. MENDOZA did not have a license or other lawful authority to export the items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge*  ANGELA WOOLRIDGE (Digitally signed by ANGELA WOOLRIDGE Date: 2020.11.30 10:53:14 -07'00') | SIGNATURE OF COMPLAINANT<br>DANIEL J THOMAS (Digitally signed by DANIEL J THOMAS Date: 2020.11.30 11:10:31 -07'00') |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Daniel J. Thomas |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Maria S. Aguilera* | DATE<br>November 30, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54